UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61569-CIV-SINGHAL

THOMAS O'CONNOR,

    Plaintiff,

v.

WARDEN, BROWARD TRANSITIONAL CENTER, et al.,

    Defendants.

_____/

## ORDER OF TRANSFER

**GOOD CAUSE** appearing that a transfer of this case is appropriate pursuant to Section 2.15.00 of the Court's Internal Operating Procedures and Local Rule 3.8 of the United States District Court for the Southern District of Florida, due to **Case No. 25-cv-61569** being of the same subject matter and arising out of the same circumstances as in **Case No. 25-cv-61338**, and subject to the consent of the Honorable Raag Singhal, it is

**ORDERED AND ADJUDGED** that the above numbered case is transferred to the calendar of the Honorable Melissa Damian for all further proceedings.

**DONE AND ORDERED** in Chambers at the Southern District of Florida, this 22nd day of August 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

After reviewing the file in the above-numbered case, the undersigned accepts the transfer of this case. Therefore, it is

**ORDERED AND ADJUDGED** that all pleadings filed after this date shall bear the following case number, **25-cv-61569-DAMIAN**, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 25th day of August 2025.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE

cc:   counsel of record